

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Moore Freight Services, Inc., Charles "Chip" Strader, and XMEX Transports, L.L.C., | § § § | No. 08-14-00254-CV |
| Appellants, | § | Appeal from the |
| v. | § | 168th District Court |
| Lorena Munoz, Ind. and on Behalf of the Est. of Lorenzo Munoz, and as N/F of CM, a Minor Child, Leslie Munoz, Virginia Munoz, Jessica Lopez, as N/F of AF and JL, Minor Children, et al., | § § § | of El Paso County, Texas (TC# 2010-4169) |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **January 8, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rachel Simons, Court Reporter for the 168th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **January 8, 2015.**

IT IS SO ORDERED this 9th day of December, 2014.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.